DOCKET NO. 400

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CALIFORNIA LIFE CORPORATION SECURITIES LITIGATION

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the action pending in the District of New Jersey to the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district, and the Panel has found upon consideration of the papers submitted and the hearing held that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby is, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Laughlin E. Waters for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Acting Chairman

---

* Judge Murray I. Gurfein, Chairman of the Panel, took no part in the decision of this matter.

SCHEDULE A

MDL-400 -- IN RE CALIFORNIA LIFE CORPORATION SECURITIES LITIGATION

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvyn Ruskin, et al. v. Henry R. Thompson, et al. | Civil Action No. 79-2327 F |
| Jerome R. Balka, et al. v. California Life Corporation, et al. | Civil Action No. 79-2932 |
| S. Richard Stern v. California Life Corporation, et al. | Civil Action No. 79-3646 |

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Louis A. Marolda v. Harry H. Mitchell, et al. | Civil Action No. 79-2437 |